Opinion issued August 21, 2008 


 











In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00600-CV






IN RE MITCHELL ELECTRIC COMPANY, INC., Relator







Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, Relator, Mitchell Electric Company, Inc.,
challenges the trial court's June 5, 2007 order granting the real party in interest's
special appearance. (1)

 We deny mandamus relief. See Tex. R. App. P. 52.8(a). 

PER CURIAM



Panel consists of Justices Nuchia, Jennings, and Keyes.

1. The Honorable Elizabeth Ray, presiding. The underlying proceeding is Mitchell Electric
Company, Inc. v. Michael Hession, Cause No. 2007-20574 (165th Dist. Ct., Harris County,
Tex.).